McGREGOR W. SCOTT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JUSTIN JOHNSON et al.,<br><br>                    Defendants. | CASE NOS.  2:17-CR-196; 2:17-CR-219; 2:17-CR-222; 2:17-CR-234; 2:18-CR-009; 2:18-CR-010; 2:18-CR-034; 2:18-CR-035; 2:18-CR-036; 2:18-CR-038; 2:18-CR-044; 2:18-CR-054<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 16, 2018<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.  This stipulation concerns the twelve indicted cases noted in the caption, which all arise out of a common investigation. The twelve cases concern twenty-seven different defendants, who are each identified in connection with their respective counsel in the signature pages of this stipulation.

2.  By previous order, each of the twelve matters was set for status conferences in July and August 2018. (Case number 2:18-cr-037 was recently dismissed because the defendant, Asencion Jimenez, has passed away.)

3.  By this stipulation, the Government and counsel for the defendants now move to continue the status conferences to a series of new dates at 9:30 a.m., as follows:

    a)    Case number 2:17-cr-196: continue from July 19, 2018 to November 15, 2018

    b)    Case number 2:17-cr-219: continue from July 19, 2018 to November 15, 2018

|   |   |   |
|---|---|---|
| 1 | c) | Case number 2:18-cr-036: continue from July 19, 2018 to November 15, 2018. |
| 2 | d) | Case number 2:18-cr-038: continue from July 19, 2018 to November 15, 2018. |
| 3 | e) | Case number 2:17-cr-222: continue from July 26, 2018, to November 29, 2018. |
| 4 | f) | Case number 2:18-cr-009: continue from July 26, 2018, to November 29, 2018 |
| 5 | g) | Case number 2:18-cr-044: continue from August 2, 2018, to December 6, 2018. |
| 6 | h) | Case number 2:17-cr-234: continue from August 2, 2018, to December 6, 2018. |
| 7 | i) | Case number 2:18-cr-010: continue from August 16, 2018, to December 13, 2018. |
| 8 | j) | Case number 2:18-cr-034: continue from August 16, 2018, to December 13, 2018. |
| 9 | k) | Case number 2:18-cr-035: continue from August 16, 2018, to December 13, 2018. |
| 10 | l) | Case number 2:18-cr-054: continue from August 16, 2018, to December 13, 2018. |

4. The parties to each of the foregoing cases also move to exclude time between the current status conference dates and the proposed status-conference dates, as detailed in Paragraph 3, under Local Codes T2 and T4.

5. The parties agree and stipulate, and request that the Court find the following:

a) As of this stipulation, the Government has produced more than 400 pages of written discovery to the defendants as a group, as well as 45 DVDs containing audio and visual surveillance recordings. (Each defendant has also received a copy of his or her criminal history, if one exists, and a small amount of additional written discovery has been produced to a subset of defendants.) The Government has also prepared several thousand additional pages of discovery and is producing them to the discovery coordinator presently; it has obtained a protective order permitting disclosure of un-redacted copies of certain search warrants and court orders; it has identified additional audio and video discs that is presently producing; and it is continuing to review documents to produce.

b) At this time, the Government understands that the previously appointed discovery-coordination attorney (the "DCA") will begin processing the discovery that the Government is producing (as noted in the foregoing paragraph) and making it available to defense counsel. In the meantime, it is available for inspection upon request.

c) At this time, Counsel for the defendants desire additional time to review the

discovery that has been distributed and is now being distributed by the DCA. This review will enable counsel to begin reviewing the charges against their respective clients, conduct ancillary research, and consult with their respective clients on how to proceed in their cases.

  d) Counsel for the defendants believe that failure to grant the above-requested continuances would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e) The government does not object to the continuances.

  f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g) Further, given that the discovery in this case arises from a single investigation and is being produced to the twenty-six defendants in the noted twelve cases, the Court has previously designated the matter as "complex" for the purpose of providing an exclusion of time under Local Code T2. The parties submit that the foregoing stipulation provides a continued basis for such an exclusion.

  h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trials must commence, the time periods between the present status conferences and the proposed status conferences, noted in Paragraph 3 of this stipulation, inclusive, are deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because they result from continuances granted by the Court at the defendants' requests on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in speedy trials.

  i) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trials must commence, the time periods between the present status conferences and the proposed status conferences, noted in Paragraph 3 of this stipulation, inclusive, are deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (ii) because they result from continuances granted by the Court at defendants' requests on the basis of the Court's finding that the matters are sufficiently complex that it would be unreasonable to expect adequate

preparation absent the exclusions of time.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the periods within which trials must commence.

IT IS SO STIPULATED.

Dated: July 16, 2018     McGREGOR W. SCOTT
                         United States Attorney

                         /s/ OWEN ROTH
                         OWEN ROTH
                         Assistant United States Attorney

**For continuance to November 15, 2018:**

Dated: July 16, 2018     /s/ JEROME PRICE
                         JEROME PRICE
                         Counsel for Defendant Justin Johnson
                         Case No. 2:17-cr-196

Dated: July 16, 2018     /s/ JESSICA GRAVES
                         JESSICA GRAVES
                         Counsel for Defendant Erica Umbay
                         Case No. 2:17-cr-219

Dated: July 16, 2018     /s/ CHRISTOPHER R. COSCA
                         CHRISTOPHER R. COSCA
                         Counsel for Defendant Stephanie Lavan
                         Case No. 2:18-cr-036

Dated: July 16, 2018     /s/ TONI LASHAY WHITE
                         TONI LASHAY WHITE
                         Counsel for Defendant Daisy Gonzalez
                         Case No. 2:18-cr-038

Dated: July 16, 2018     /s/ MICHAEL CHASTAINE
                         MICHAEL CHASTAINE
                         Counsel for Def. Jose Heredia-Trinidad
                         Case No. 2:18-cr-038

**For continuance to November 29, 2018:**

Dated: July 16, 2018                              /s/ SHARI RUSK
SHARI RUSK
Counsel for Defendant Aldo Arellano
Case No. 2:17-cr-222

Dated: July 16, 2018                              /s/ KELLY BABINEAU
KELLY BABINEAU
Counsel for Defendant Rachel Felix
Case No. 2:17-cr-222

Dated: July 16, 2018                              /s/ TASHA P. CHALFANT
TASHA P. CHALFANT
Counsel for Defendant Raul Barajas
Case No. 2:18-cr-009

Dated: July 16, 2018                              /s/ ALIN CINTEAN
ALIN CINTEAN
Counsel for Def. Israel Covarrubias
Case No. 2:18-cr-009

Dated: July 16, 2018                              /s/ MICHAEL E. HANSEN
MICHAEL E. HANSEN
Counsel for Defendant Milton Escobedo
Case No. 2:18-cr-009

Dated: July 16, 2018                              /s/ CLEMENTE JIMENEZ
CLEMENTE JIMENEZ
Counsel for Def. Jose Madrigal-Vega
Case No. 2:18-cr-009

Dated: July 16, 2018                              /s/ PHILIP COZENS
PHILIP COZENS
Counsel for Defendant Victor Magana
Case No. 2:18-cr-009

Dated: July 16, 2018                              /s/ ROBERT M. WILSON
ROBERT M. WILSON
Counsel for Defendant Trevor White
Case No. 2:18-cr-009

**For continuance to December 6, 2018:**

Dated: July 16, 2018

/s/ SHARI RUSK
SHARI RUSK
Counsel for Defendant Michael Do
Case No. 2:18-cr-044

Dated: July 16, 2018

/s/ STEPHEN B. PLESSER
STEPHEN B. PLESSER
Counsel for Defendant Patrick Botello
Case No. 2:17-cr-234

Dated: July 16, 2018

/s/ DAVID M. GARLAND
DAVID M. GARLAND
Counsel for Defendant Ashley Habash
Case No. 2:17-cr-234

Dated: July 16, 2018

/s/ J. TONEY
J. TONEY
Counsel for Defendant Brenda Miranda
Case No. 2:17-cr-234

Dated: July 16, 2018

/s/ DAVID D. FISCHER
DAVID D. FISCHER
Counsel for Def. Mercedez Silva-Sims
Case No. 2:17-cr-234

Dated: July 16, 2018

/s/ DINA L. SANTOS
DINA L. SANTOS
Counsel for Defendant Ricardo Villa
Case No. 2:17-cr-234

Dated: July 16, 2018

/s/ KYLE R. KNAPP
KYLE R. KNAPP
Counsel for Defendant Joshua Sims
Case No. 2:17-cr-234

**For continuance to December 13, 2018:**

Dated: July 16, 2018          /s/ TODD D. LERAS
                              TODD D. LERAS
                              Counsel for Defendant Edgar Jimenez
                              Case No. 2:18-cr-010

Dated: July 16, 2018          /s/ CLYDE BLACKMON
                              CLYDE BLACKMON
                              Counsel for Defendant James Masterson
                              Case No. 2:18-cr-010

Dated: July 16, 2018          /s/ CANDICE L. FIELDS
                              CANDICE L. FIELDS
                              Counsel for Defendant Reggie Pajimola
                              Case No. 2:18-cr-010

Dated: July 16, 2018          /s/ KYLE R. KNAPP
                              KYLE R. KNAPP
                              Counsel for Defendant Joshua Sims
                              Case No. 2:18-cr-010

Dated: July 16, 2018          /s/ TIMOTHY E. WARRINER
                              TIMOTHY E. WARRINER
                              Counsel for Defendant John Lemus
                              Case No. 2:18-cr-034

Dated: July 16, 2018          /s/ MICHAEL B. BIGELOW
                              MICHAEL B. BIGELOW
                              Counsel for Defendant Carlos Martinez
                              Case No. 2:18-cr-035

Dated: April 13, 2018         /s/ RONALD PETERS
                              RONALD PETERS
                              Counsel for Def. Blas Gonzalez-Ramirez
                              Case No. 2:18-cr-054

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 17th day of July, 2018.

                                                      Troy L. Nunley
                                                      United States District Judge