| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | JUSTIN L. LEE<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO VILLA,<br>PATRICK BOTELLO,<br>JOSHUA SIMS,<br>MERCEDEZ SILVA-SIMS,<br>ASHLEY HABASH, AND<br>BRENDA MIRANDA,<br><br>Defendants. | CASE NO. 2:17-CR-00234-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: December 6, 2018<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on December 6, 2018.

2. By this stipulation, defendants now move to continue the status conference until February 28, 2019, at 9:30 a.m., and to exclude time between December 6, 2018, and February 28, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 14,000 pages and several hours of recorded telephone

| | |
|---|---|
| 1 | conversations.  All of this discovery has been produced directly to counsel. |
| 2 |     b)    Defense counsel desires additional time to review the discovery, |
| 3 | conduct research into the case, to discuss the case with their clients, and otherwise |
| 4 | prepare for trial in this matter. |

1. conversations. All of this discovery has been produced directly to counsel.

    b) Defense counsel desires additional time to review the discovery, conduct research into the case, to discuss the case with their clients, and otherwise prepare for trial in this matter.

    c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 6, 2018, to February 28, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 29, 2018            McGREGOR W. SCOTT
                                                            United States Attorney

                                                            /s/ JUSTIN L. LEE
                                                            JUSTIN L. LEE
                                                            Assistant United States Attorney

Dated: November 29, 2018          /s/ DINA SANTOS
                                  DINA SANTOS
                                  (as authorized on November 28, 2018)
                                  Counsel for Defendant
                                  Ricardo Villa

Dated: November 29, 2018          /s/ OLAF HEDBERG
                                  OLAF HEDBERG
                                  (as authorized on November 29, 2018)
                                  Counsel for Defendant
                                  Patrick Botello

Dated: November 29, 2018          /s/ KYLE KNAPP
                                  KYLE KNAPP
                                  (as authorized on November 28, 2018)
                                  Counsel for Defendant
                                  Joshua Sims

Dated: November 29, 2018          /s/ DAVID FISCHER
                                  DAVID FISCHER
                                  (as authorized on November 28, 2018)
                                  Counsel for Defendant
                                  Mercedez Silva-Sims

Dated: November 29, 2018          /s/ DAVID GARLAND
                                  DAVID GARLAND
                                  (as authorized on November 28, 2018)
                                  Counsel for Defendant
                                  Ashley Habash

Dated: November 29, 2018          /s/ J. TONEY
                                  J. TONEY
                                  (as authorized on November 28, 2018)
                                  Counsel for Defendant
                                  Brenda Miranda

# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 29th day of November, 2018.

_____
Troy L. Nunley
United States District Judge