MCGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00234-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| RICARDO VILLA, | DATE: April 2, 2020 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on April 2, 2020.

2. By this stipulation, the defendant now moves to continue the status conference until June 11, 2020, at 9:30 a.m., and to exclude time between April 2, 2020, and June 11, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 14,000 pages and several hours of recorded telephone conversations. All of this discovery has been produced directly to counsel.

   b) Defense counsel desires additional time to review the discovery, conduct research into the case, to discuss the case with her client, and otherwise

|   |   |
|---|---|
| 1 | prepare for trial in this matter. |
| 2 |   c) On February 27, 2020, the parties appeared for a status hearing. At |
| 3 | the hearing and pursuant to the request of the parties, the Court ordered Probation |
| 4 | to complete a criminal history calculation for a pre-plea report. The parties |
| 5 | anticipate that completion of the criminal history calculation will result in |
| 6 | resolution of the case. The criminal history calculation has not yet been completed. |
| 7 | The parties anticipate the calculation will be complete by June 11, 2020. |
| 8 |   d) Counsel for the defendant believe that failure to grant the above- |
| 9 | requested continuance would deny her the reasonable time necessary for effective |
| 10 | preparation, taking into account the exercise of due diligence. |
| 11 |   e) The government does not object to the continuance. |
| 12 |   f) Based on the above-stated findings, the ends of justice served by |
| 13 | continuing the case as requested outweigh the interest of the public and the |
| 14 | defendant in a trial within the original date prescribed by the Speedy Trial Act. |
| 15 |   g) For the purpose of computing time under the Speedy Trial Act, 18 |
| 16 | U.S.C. § 3161, et seq., within which trial must commence, the time period of April 2, |
| 17 | 2020, to June 11, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ |
| 18 | 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted |
| 19 | by the Court at defendant's request on the basis of the Court's finding that the ends |
| 20 | of justice served by taking such action outweigh the best interest of the public and |
| 21 | the defendant in a speedy trial. |
| 22 |  4. Nothing in this stipulation and order shall preclude a finding that other |
| 23 | provisions of the Speedy Trial Act dictate that additional time periods are excludable from |
| 24 | the period within which a trial must commence. |
| 25 | IT IS SO STIPULATED. |
| 26 | /// |
| 27 | /// |
| 28 | /// |

Dated: March 24, 2020                    McGREGOR W. SCOTT
                                         United States Attorney

                                         /s/ JUSTIN L. LEE
                                         JUSTIN L. LEE
                                         Assistant United States Attorney


Dated: March 24, 2020                    /s/ DINA SANTOS
                                         DINA SANTOS
                                         (as authorized on March 24, 2020)
                                         Counsel for Defendant
                                         Ricardo Villa

# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 24th day of March, 2020.

Troy L. Nunley
United States District Judge