Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone:  (916) 447-0160
Email: defense@dinasantos.com

Attorney for:
RICARDO VILLA

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:17-CR-0234 TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO 9/10/20 AT 9:30 A.M. |
| v. | |
| RICARDO VILLA, et al, | |
| Defendants. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, Justin Lee, and Defendants Ricardo Villa, represented by Attorney Dina Santos,  Defendant Mercedes Silva-Sims, represented by Davis Fischer, Defendant Ashley Habash, represented by David Garland, hereby stipulate as follows:

1.      By previous order, this matter was set for status on June 11, 2020.

2.      By this stipulation, defendants now move to continue the status conference until September 10, 2020, at 9:30 a.m., and to exclude time between June 11, 2020, and September 10, 2020, under Local Code T4.  Plaintiff does not oppose this request.  Defense Counsel require additional time to review discovery, meet with the Client, conduct investigation and otherwise prepare for trial.  The discovery in the case is several thousand pages along with a voluminous amount of recordings.  Most of the discovery is subject to a protective order, making review with the Clients difficult since most Clients are in custody.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Counsel for Defendants desires additional time to continue to review discovery, conduct investigation, and to otherwise prepare for trial.  Counsel for Defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The government does not object to the continuance.

b)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

c)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 11, 2020, to September 10, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 9, 2020

MCGREGOR SCOTT
United States Attorney


 /s/ Justin Lee                                                    
JUSTIN LEE
Assistant United States Attorney


Dated:  June 9, 2020

/s/   Dina L. Santos                     
DINA L. SANTOS, ESQ.
Attorney for Ricardo Villa

Dated:  June 9, 2020                    /s/   David Fischer
                                        DAVID FISCHER, ESQ.
                                        Attorney for Mercedes Silva-Sims

Dated:  June 9, 2020                    /s/   David Garland
                                        DAVID GARLAND, ESQ.
                                        Attorney for Ashley Habash

**ORDER**

IT IS SO FOUND AND ORDERED this 9th day of June, 2020.


                                        _____
                                        Troy L. Nunley
                                        United States District Judge