Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Email: defense@dinasantos.com

Attorney for:
RICARDO VILLA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>RICARDO VILLA, et al.<br>                    Defendants | CASE NO. 2:17-CR-0234 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO SEPTEMBER 16, 2021, AT 9:30 A.M. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Justin Lee, and Defendants Ricardo Villa, represented by Attorney Dina Santos; Defendant Patrick Botello, represented by Etan Zaitsu; Defendant Mercedes Silva-Sims, represented by Davis Fischer; Defendant Ashley Habash, represented by David Garland, hereby stipulate as follows:

    1.     By previous order, this matter was set for status on May 27, 2021.

    2.     By this stipulation, defendants now move to continue the status conference until September 16, 2021, at 9:30 a.m., and to exclude time between May 27, 2021, and September 16, 2021, under Local Code T4. Plaintiff does not oppose this request. Defense Counsel require additional time to review discovery, meet with the Client, conduct investigation and otherwise prepare for trial. The discovery in the case is several thousand pages along with a voluminous amount of recordings. Most of the discovery is subject to a protective order, making review with the Clients difficult since most Clients are in custody and due to the recent global pandemic.

    3.     The parties agree and stipulate, and request that the Court find the following:

Stip. & Order Continuing Status Conf. & Excluding
Time Periods Under Speedy Trial Act

1

a) Counsel for Defendants desires additional time to continue to review discovery, conduct investigation, and to otherwise prepare for trial. Counsel for Defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

b) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

c) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 27, 2021, to September 16, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 24, 2021
PHILLIP TALBERT
United States Attorney

/s/ Justin Lee
JUSTIN LEE
Assistant United States Attorney

Dated: May 24, 2021
/s/ Dina L. Santos
DINA L. SANTOS, ESQ.
Attorney for Ricardo Villa

Dated: May 24, 2021
/s/ Etan Zaitsu
ETAN ZAITSU, ESQ.
Attorney for Patrick Botello

Dated: May 24, 2021　　　　　　　　　　/s/　David Fischer
　　　　　　　　　　　　　　　　　　　　DAVID FISCHER, ESQ.
　　　　　　　　　　　　　　　　　　　　Attorney for Mercedes Silva-Sims

Dated: May 24, 2021　　　　　　　　　　/s/　David Garland
　　　　　　　　　　　　　　　　　　　　DAVID GARLAND, ESQ.
　　　　　　　　　　　　　　　　　　　　Attorney for Ashley Habash

**ORDER**

IT IS SO FOUND AND ORDERED this 24th day of May, 2021.

_____
Troy L. Nunley
United States District Judge

Stip. & Order Continuing Status Conf. & Excluding　　3
Time Periods Under Speedy Trial Act