Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Email: defense@dinasantos.com

Attorney for:
RICARDO VILLA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RICARDO VILLA,<br><br>　　　　　　　Defendant. | CASE NO. 2:17-CR-0234 TLN<br><br>STIPULATION AND ORDER TO CONTINUE JUDGEMENT AND SENTENCING TO MARCH 30, AT 9:30 A.M. |

**STIPULATION**

　　Plaintiff United States of America, by and through its counsel of record, Justin Lee, and Defendants Ricardo Villa, represented by Attorney Dina Santos hereby stipulate as follows:

　　1.　By previous order, this matter was set for judgement and sentencing on February 16, 2023.

　　2.　By this stipulation, Defendant, Ricardo Villa now moves to continue date for judgement and sentencing to March 30, 2023, at 9:30 a.m. Plaintiff does not oppose this request and probation has been informed of the new date and is available. Defense Counsel requires additional time to investigate information recently discovered and to prepare for judgement and sentencing.

　　IT IS SO STIPULATED.

Dated:  February 15, 2023　　　　　　　　　　　　　PHILLIP TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Justin Lee
　　　　　　　　　　　　　　　　　　　　　　　　　　JUSTIN LEE
　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

Dated: February 15, 2023

/s/   Dina L. Santos
DINA L. SANTOS, ESQ.
Attorney for Ricardo Villa

**ORDER**

IT IS SO FOUND AND ORDERED this 16th day of February, 2023.

_____
Troy L. Nunley
United States District Judge