IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>RICARDO VILLA,<br>Defendant. | Case №: 2:17-cr-00234 TLN<br>**O R D E R**<br>**APPOINTING COUNSEL** |

The above-named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed for a limited consultation regarding a question of state and federal time to running concurrently. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Erin Radekin is appointed to represent the above defendant in this case effective *nunc pro tunc* to November 9, 2026.

This appointment shall remain in effect until further order of this court.

DATED: November 10, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE